FILED

12/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0539

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0539

_____

No. DA 24-0539

GARY TEMPLE,

Plaintiff and Appellant,

v.

STATE OF MONTANA,

Defendant and Appellee.

_____

**ORDER**

_____

Upon consideration of Appellant's motion for extension of time, without objection and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 30, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

[Type here]

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2024